UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-cr-00574-RWS |
| | ) |
| TERRI OWENS, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

COMES NOW the United States of America, by and through Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Dorothy L. McMurtry, Assistant United States Attorney for said District, and hereby moves this Court to file its motion under seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney


 */s/  Dorothy L. McMurtry*
DOROTHY L. McMURTRY, #37727MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                          */s/  Dorothy L. McMurtry*
                                        DOROTHY L. McMURTRY, #37727MO
                                        Assistant United States Attorney